UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. KEIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF TREASURY I.R.S.,<br><br>　　　　　Defendant. | Case No. 21-cv-08308-PJH<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff, a Kentucky state prisoner proceeding pro se, filed a civil action. Plaintiff has now filed a notice stating that he seeks to voluntarily dismiss this action. Docket No. 3. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).

　　　　**IT IS SO ORDERED.**

Dated: November 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge